UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| LILLIE CORBETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:18-CV-684-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

June 5, 2019

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:   Counsel of record